AO 91 (Rev. 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Richard Gunzenhauser REICHENBACHER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  2:23-mj-615<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 25, 2023__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1). | Possession with intent to disribute a controlled substance |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: November 3, 2023

City and state: Columbus Ohio

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Richard Gunzenhauser REICHENBACHER**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Richard Gunzenhauser REICHENBACHER (hereinafter referred to as REICHENBACHER) for, possessing with intent to manufacture, distribute, or dispense, a controlled substance; to wit methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that REICHENBACHER committed this offense.

4. On or about October 25, 2023, members of the United States Marshal Service (USMS), Southern Ohio Fugitive Apprehension Strike Team (SOFAST) contacted the ATFO. Investigators were aware that REICHENBACHER is on parole and had an active felony warrant for his arrest for a parole violation. USMS advised that they had arrested REICHENBACHER near his residence of 2890 E 10th Ave., Columbus Ohio. ATF TFO's responded to the scene. One of the ATF TFO's is also a parole officer with the Adult Parole Authority (APA).

5. USMS had attempted to conduct a traffic stop on a vehicle REICHENBACHER was driving. REICHENBACHER had fled on foot from the vehicle of which he was the lone occupant.

6. REICHENBACHER was arrested a short distance away from his vehicle.

7. The vehicle had been left in alley just north of East 10th Ave., Columbus Ohio. The vehicle had been left in a manner which was blocking the alley. The door to the vehicle was left open and USMS personnel could see what they believed to be a firearm in the door pocket of the drivers' door.

8. APA had authorization to search REICHENBACHER vehicle due to REICHENBACHER status under Post Release Control (PRC).

9. During a search of the vehicle a black bag was found that contained US currency, multiple bags of suspected narcotics, and narcotics paraphernalia. The suspected firearm observed in the door pocket was found to be a pepper spray gun.

## PROBABLE CAUSE AFFIDAVIT
### Richard Gunzenhauser REICHENBACHER

10. REICHENBACHER was read a constitutional rights waiver. REICHENBACHER stated he understood his rights and he agreed to speak with investigators.

11. REICHENBACHER stated that the vehicle a 2007 BMW he fled from was his. He had purchased the vehicle a few weeks prior for $2,800. The previous owner died, and her family sold REICHENBACHER the vehicle. At the time of his arrest, he had not transferred the vehicle into his name.

12. REICHENBACHER stated that the money and narcotics recovered from the vehicle belonged to him. REICHENBACHER stated that the narcotics were methamphetamine approx. 40 grams, fetty, and crack. Investigators know "fetty" to be slang for fentanyl.

13. REICHENBACHER denied having any firearms. REICHENBACHER stated that the firearm in the vehicle was a mace gun.

14. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

15. Based on this information, your affiant believes probable cause exists that REICHENBACHER, possessed with intent to manufacture, distribute, or dispense, a controlled substance; to wit methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).

_____
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of ___November 3, 2023___, at ___2:49 PM___ Columbus, Ohio.



Elizabeth A. Preston Deavers
United States Magistrate Judge